

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00882-CV

**IN RE TENNESEE GAS PIPELINE COMPANY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

On November 20, 2018, relator filed a petition for writ of mandamus and the real parties in interest filed a response. After considering the petition and the response, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). This court's opinion will issue at a later date.

It is so **ORDERED** on January 16, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-03-17323-CV, styled *Juan Perez, Jr. and Rose Perez v. Tennessee Gas Pipeline Co., Inc.*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Richard C. Terrell presiding.